[No. 14483-9-I. Division One. March 23, 1987.]

WILDER CONSTRUCTION CO., INC., *Respondent*, v.
WESTGATE BUILDERS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-00415-1, Marshall Forrest, J., entered February 24, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 17680-3-I. Division One. March 23, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
LARRY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-03385-6, Robert E. Dixon, J., entered January 3, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse and Pekelis, JJ.

[No. 15973-9-I. Division One. March 23, 1987.]

RAJINDER K. KAMRAN, *Appellant*, v. THE CITY OF
SEATTLE CIVIL SERVICE COMMISSION,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-00954-3, James R. Thomas, J., entered January 17, 1985. *Affirmed* by unpublished opinion per Kristianson, J. Pro Tem., concurred in by Callow and Patrick, JJ. Pro Tem.